# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 21, 2025

Lyle W. Cayce
Clerk

No. 24-30647
Summary Calendar

———————

Julian Okeayainneh,

*Plaintiff—Appellant*,

*versus*

Felipe Martinez, Jr., *Warden*,

*Respondent—Appellee*.

———————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:23-CV-854

———————————————————

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Julian Okeayainneh, federal prisoner # 20515-112, appeals from the denial of his 28 U.S.C. § 2241 petition challenging the restitution payment schedule established by the Bureau of Prisons (BOP) pursuant to the Inmate Financial Responsibility Program (IFRP). As he did in the district court, Okeayainneh claims that the sentencing court has vacated the restitution

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30647

judgment entered against him.  Relatedly, Okeayainneh argues that another circuit court of appeals recently decided a Freedom of Information Act (FOIA) lawsuit in his favor on the merits and, thus, the mandate rule prevented the district court from ruling against him on his § 2241 petition in this case.  Finally, Okeayainneh has filed a motion for leave to file a "joint appendix" to his brief, which is GRANTED.

In an amended judgment, the sentencing court imposed restitution in the amount of $4,368,192.01 and ordered Okeayainneh to participate in the IFRP.  His arguments on appeal depend on the mistaken premises that (1) his restitution order has been vacated and (2) any proceedings in another circuit court of appeals affect these proceedings pursuant to the mandate rule, *see United States v. Pineiro*, 470 F.3d 200, 205 (5th Cir. 2006).  Accordingly, he has not shown that the district court erred by denying his § 2241 petition or his motion to stay the payment schedule.  *See Jeffers v. Chandler*, 253 F.3d 827, 830 (5th Cir. 2001).

AFFIRMED.